IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VINCENT DARELLE FISHER PLAINTIFF

v. Case No. 4:26-cv-04019

INVESTIGATOR BRYAN MCJUNKINS;
and JANA TALLANT DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on July 14, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Singleton recommends that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders. *Id.* at 3.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 2) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

[1] The Report and Recommendation was returned as undeliverable. ECF No. 10. Plaintiff has not provided a new address to the Court.